Artis-Ray: Cash Jr.
453 South Spring Street
Suite 400 PMB 1211
Los Angeles, CA 90013
831-346-2562

FILED
2024 DEC -2 PM 3:02
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___RYO___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Artis-Ray: Cash Jr.

PLAINTIFF/PETITIONER,

v.

Diverse Funding Associates, LLC

DEFENDANT(S).

CASE NUMBER
2:24CV10354-WLH(SKx)

REQUEST TO PROCEED
IN FORMA PAUPERIS WITH
DECLARATION IN SUPPORT

I, __Artis-Ray: Cash Jr.__, declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed? ☑Yes ☐No
   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. __$2,100, LA Casting, 8335 Sunset BLVD #332 Los Angeles, CA 90069__
   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received, *within the past twelve months*, any money from any of the following sources?
   a. Business, profession or form of self-employment?   ☐Yes ☑No
   b. Rent payments, interest or dividends?   ☐Yes ☑No
   c. Pensions, annuities or life insurance payments?   ☐Yes ☑No
   d. Gifts or inheritances?   ☐Yes ☑No
   e. Any other income (other than listed above)?   ☐Yes ☑No
   f. Loans?   ☐Yes ☑No

   If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: _____

---

REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT

CV-60 (04/06)                                                                                                              Page 1 of 2

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☑Yes  ☐No

   If the answer is yes, identify each account and separately state the amount of money held in **each** account for each of the *six (6) months prior* to the date of this declaration.

   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐Yes  ☑No

   If the answer is yes, describe the property and state its approximate value: _____

   _____

5. In what year did you last file an Income Tax return? __2023__
   Approximately how much income did your last tax return reflect? __$20,000__

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support: __N/A__

   _____

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

__California__  
State

__Los Angeles__  
County (or City)

I, __Artis-Ray; Cash Jr.__, declare under penalty of perjury that the foregoing is true and correct.

__12/02/2024__  
Date

__Artis Ray Cash Jr.__  
Plaintiff/Petitioner (Signature)