2:24-cv-10354-WLH-(SKx)

```
FILED
CLERK, U.S. DISTRICT COURT
04/25/2025
CENTRAL DISTRICT OF CALIFORNIA
BY    GSA    DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM
```



