UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ARTIS-RAY CASH JR.,<br><br>    Plaintiff,<br><br>vs.<br><br>DIVERSE FUNDING ASSOCIATES, LLC,<br><br>    Defendant. | Case No. 2:24-cv-10354-WLH-SK<br><br>**[PROPOSED] ORDER DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE**<br><br>Date:            June 20, 2025<br>Time:           1:30 p.m.<br>Judge:         Hon. Wesley L. Hsu<br>Courtroom:  9B |

1

[PROPOSED] ORDER DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE

1. The Motion of defendant Diverse Funding Associates, LLC ("DFS") to dismiss plaintiff Artis-Ray Cash Jr.'s Complaint came on regularly for hearing on June 20, 2025 at 1:30 p.m. in Courtroom 9B in the United States District Court for the Central District of California, the Honorable Wesley L. Hsu, presiding.  Plaintiff appeared *in propria persona*.  DFS was represented by Berj K. Parseghian of Lippes Mathias LLP.

The Court, having considered the evidence, all the papers filed in support of and in opposition to the motion, the pleadings, records and files in this action, those matters of which the Court may take judicial notice, and oral argument, hereby GRANTS the motion.

Plaintiff is proceeding *in propria persona* and *in forma pauperis* in this civil action alleging claims under the Fair Credit Reporting Act (15 U.S.C. § 1681 *et seq.*), and the Fair Debt Collection Practices Act (15 U.S.C. § 1692 *et seq.*). Pursuant to 28 U.S.C. § 1915(a), a person may request to proceed *in forma pauperis* by submitting an affidavit attesting to all of their assets and a statement that they cannot pay the filing fee.  However, "[t]o proceed in forma pauperis is a privilege not a right." *Smart v. Heinze*, 347 F.2d 114, 116 (9th Cir. 1965).  The *in forma pauperis* statute requires dismissal of a case if "at any time if the court determines that . . . the allegation of poverty is untrue . . . ."  28 U.S.C. § 1915(e)(2)(A).

The evidence submitted by DFS in support of the motion demonstrates that Plaintiff's allegation of poverty in his Request to Proceed *In Forma Pauperis* is untrue.  Plaintiff – a serial litigant who has filed 21 actions in this Court apart from this action, including more than a dozen in the past six months – failed to disclose four recent settlements on his Request to Proceed *In Forma Pauperis*.  Plaintiff's concealment of these settlements constitutes bad faith and an abuse of the *in forma pauperis* privilege.  Pursuant to 28 U.S.C. § 1915(e)(2)(A), the appropriate remedy is dismissal of Plaintiff's Complaint with prejudice.

THEREFORE, **IT IS HEREBY ORDERED** that:

1. DFS's Motion to Dismiss Plaintiff's Complaint is GRANTED; and
2. Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

DATED: _____, 2025

_____
WESLEY L. HSU
United States District Judge

# CERTIFICATE OF SERVICE

I, Berj K. Parseghian, declare as follows:

I am a resident of the State of New York, over the age of eighteen years, and not a party to the within action. My business address is 420 Lexington Avenue, Suite 2005, New York, New York 10170.

On May 9, 2025, I served the within [PROPOSED] ORDER DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE by enclosing a true copy in a sealed envelope addressed to the following non-CM/ECF participant(s):

> Artis-Ray: Cash, Jr.
> 453 South Spring Street
> Suite 400 PMB 1211
> Los Angeles, CA 90013

and depositing the envelope in the United States mail at New York, New York with postage thereon fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 9, 2025 at New York, New York.

                                         /s/ Berj K. Parseghian
                                            Berj K. Parseghian

[PROPOSED] ORDER DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE