Berj K. Parseghian (Cal. Bar No. 200932)
LIPPES MATHIAS LLP
420 Lexington Avenue, Suite 2005
New York, New York 10170
Telephone: (332) 345-4500 x1695
Email: bparseghian@lippes.com

*Attorneys for Defendant*
*Diverse Funding Associates, LLC*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ARTIS-RAY CASH JR., | Case No. 2:24-cv-10354-WLH-SK |
| Plaintiff, | Hon. Wesley L. Hsu |
| vs. | **DECLARATION OF BERJ K. PARSEGHIAN IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| DIVERSE FUNDING ASSOCIATES, LLC, | |
| Defendant. | Hearing Date: June 20, 2025<br>Time: 1:30 p.m.<br>Courtroom: 9B |

I, Berj K. Parseghian, declare as follows:

1. I am an attorney duly admitted to practice in all of the courts of the State of California and am a partner with Lippes Mathias LLP, attorneys of record for defendant Diverse Funding Associates, LLC herein. The facts set forth herein are of my own personal knowledge and, if sworn, I could and would competently testify thereto.

2. I have reviewed the United States District Court for the Central District of California's Electronic Case Filing System and have identified the following twenty-one actions (in addition to the present matter) filed by Plaintiff in the District:

  i. *Artis Cash v. First Collection Services et al.*, Case No. 2:19-cv-09416-SVW-E, filed on November 1, 2019.

  ii. *Artis Cash v. Experian Information Solutions, Inc. et al.,* Case No. 2:21-cv-03672-RGK-SHK, filed on April 29, 2021.

  iii. *Artis-Ray Cash v. Experian*, Case No. 2:23-cv-06688-FMO-JC, filed on August 15, 2023.

  iv. *Artis-Ray Cash, Jr. v. Midland Credit Management, Inc. et al.,* Case No. 2:23-cv-10126-HDV-SSC, filed on December 1, 2023.

  v. *Artis-Ray Cash Jr. v. Caesars Entertainment, Inc.*, Case No. 2:23-cv-10570-JFW-PVC, filed on December 18, 2023.

  vi. *Artis-Ray Cash Jr. v. Phillips & Cohen Associates Ltd.*, Case No. 2:24-cv-00012-HDV-MAR, filed on January 2, 2024.

  vii. *Artis-Ray Cash v. LVNV Funding LLC et al.,* Case No. 2:24-cv-00474-MRA-E, filed on January 18, 2024.

  viii. *Artis-Ray Cash Jr. v. Credit Control, LLC et al.,* Case No. 2:24-cv-08447-AH-E, filed on October 1, 2024.

  ix. *Artis-Ray Cash v. Absolute Resolutions Investments LLC*, Case No. 2:24-cv-09093-SRM-MAA, filed on October 22, 2024.

      x. *Artis-Ray Cash v. Maximus, INC.*, Case No. 2:24-cv-09094-RGK-AS, filed on October 22, 2024.

      xi. *Artis-Ray Cash, Jr. v. Cavalry Portfolio Services, LLC*, Case No. 2:24-cv-09738-SRM-E, filed on November 12, 2024.

      xii. *Artis-Ray Cash Jr. v. Velocity Portfolio Group, INC.*, Case No. 2:24-cv-10357-JFW-MAA, filed on December 2, 2024.

      xiii. *Artis-Ray Cash, Jr. v. Vervent, Inc.*, Case No. 2:24-cv-10359-DMG-BFM, filed on December 2, 2024.

      xiv. *Artis-Ray Cash Jr v. Resurgent Capital Services, L.P.*, Case No. 2:24-cv-10356-ODW-SK, filed on December 2, 2024.

      xv. *Artis-Ray Cash Jr. v. Shelter Mutual Insurance Company*, Case No. 2:24-cv-10355-FMO-JPR, filed on December 2, 2024.

      xvi. *Artis-Ray Cash v. Convergent Outsourcing, Inc.*, Case No. 2:25-cv-00663-AB-PD, filed on January 24, 2025.

      xvii. *Artis-Ray Cash Jr v. Experian Information Solutions, Inc. et al.*, Case No. 8:25-cv-00165-JWH (ADSx), filed on January 29, 2025.

      xviii. *Artis-Ray Cash Jr. v. Housing Authority of the City of Los Angeles (HACLA) et al.,* Case No. 2:25-cv-00962-WLH-DFM, filed on February 4, 2025.

      xix. *Artis-Ray Cash Jr v. TransUnion, LLC et al.,* Case No. 2:25-cv-00961-RGK-DFM, filed on February 4, 2025.

      xx. *Artis-Ray Cash, Jr. v. Radius Global Solutions, LLC*, Case No. 2:25-cv-01481-DMG-JDE, filed on February 21, 2025.

      xxi. *Artis-Ray Cash Jr. v. Penn Credit Corporation*, Case No. 2:25-cv-01483-MWF-AS, filed on February 21, 2025.

3. Plaintiff did not file an *in forma pauperis* ("IFP") application in either *Artis Cash v. First Collection Services* or *Artis Cash v. Experian Information Solutions, Inc.*

4. In *Artis-Ray Cash v. Experian*, Plaintiff requested and was granted IFP status. (ECF Nos. 3, 7.) Plaintiff reached a settlement in this action on or before February 13, 2024. (ECF No. 25.) Attached hereto as **Exhibit A** is a true and correct copy of the Notice of Settlement.

5. Plaintiff's complaint in *Artis-Ray Cash, Jr. v. Midland Credit Management, Inc. et al.* demanded $2,000,000. (ECF No. 1.) Plaintiff requested and was granted IFP status. (ECF Nos. 3, 8.) Plaintiff reached a settlement in this action on or before July 22, 2024. (ECF No. 33.) Attached hereto as **Exhibit B** is a true and correct copy of the Notice of Settlement.

6. In *Artis-Ray Cash Jr. v. Caesers Entertainment, Inc.*, Plaintiff requested IFP status. (ECF No. 3.) The court initially postponed ruling on the request because of inconsistencies in the information Plaintiff provided. (ECF No. 8.) After Plaintiff provided additional information, the court denied IFP status, finding Plaintiff "is able to pay the filings fees." (ECF No. 12.) Attached hereto as **Exhibits C and D** are a true and correct copy of the court's orders. The court subsequently dismissed this action because Plaintiff failed to pay the $402 filing fee. (ECF No. 13.)

7. In *Artis-Ray Cash Jr. v. Phillips & Cohen Associates Ltd.*, Plaintiff requested but was denied IFP status because the court found, *sua sponte*, that Plaintiff failed to state a claim. (ECF Nos. 3, 9.)

8. In *Artis-Ray Cash v. LVNV Funding LLC et al.,* Plaintiff requested but was denied IFP status because the court found, *sua sponte*, that Plaintiff failed to state a claim. (ECF Nos. 2, 9.)

9. In *Artis-Ray Cash Jr. v. Credit Control, LLC et al.,* Plaintiff requested and was granted IFP status. (ECF Nos. 3, 9.)

10. In *Artis-Ray Cash v. Absolute Resolutions Investments LLC*, Plaintiff requested and originally was denied IFP status. (ECF Nos. 2, 9.) The court

1  subsequently granted a motion for reconsideration, vacated its prior decision, and
2  granted IFP status.  (ECF No. 11.)
3      11.  In *Artis-Ray Cash v. Maximus, INC.*, Plaintiff requested and was
4  granted IFP status. (ECF Nos. 2, 8.) Plaintiff reached a settlement in this action on
5  or before January 27, 2025. (ECF No. 15.)   Attached hereto as **Exhibit E** is a true
6  and correct copy of the Notice of Settlement.
7      12.  In *Artis-Ray Cash, Jr. v. Cavalry Portfolio Services, LLC*, Plaintiff
8  requested and was granted IFP status.  (ECF Nos. 3, 9.)
9      13.  In *Artis-Ray Cash Jr. v. Velocity Portfolio Group, INC.*, Plaintiff
10 requested and originally was denied IFP status. (ECF Nos. 3, 9.)  The court
11 subsequently granted a motion for reconsideration, vacated its prior decision, and
12 granted IFP status.  (ECF No. 11.)
13     14.  In *Artis-Ray Cash, Jr. v. Vervent, Inc.*, Plaintiff requested and was
14 granted IFP status. (ECF Nos. 3, 7.) Plaintiff reached a settlement in this action on
15 or before February 4, 2025. (ECF No. 8.)  Attached hereto as **Exhibit F** is a true
16 and correct copy of the Joint Stipulation to Dismiss.
17     15.  In *Artis-Ray Cash Jr v. Resurgent Capital Services, L.P.*, Plaintiff
18 requested and originally was denied IFP status. (ECF Nos. 2, 7.)  The court
19 subsequently granted a motion for reconsideration, vacated its prior decision, and
20 granted IFP status.  (ECF No. 9.)
21     16.  In *Artis-Ray Cash Jr. v. Shelter Mutual Insurance Company*, Plaintiff
22 requested and was granted IFP status. (ECF Nos. 3, 7.)
23     17.  In *Artis-Ray Cash v. Convergent Outsourcing, Inc.,* Plaintiff requested
24 IFP status.  (ECF No. 2.)  On January 24, 2025, the court ordered Plaintiff file an
25 amended complaint before it determined the IFP application. (ECF No. 8.)  The
26 court subsequently denied IFP status and dismissed the case for lack of
27 jurisdiction. (ECF No. 10.)
28

18.    In *Artis-Ray Cash Jr v. Experian Information Solutions, Inc. et al.*, Plaintiff requested and originally was granted IFP status. (ECF Nos. 2, 7.) However, on May 6, 2025, the court entered an order granting the defendant's motion to dismiss and dismissing the action with prejudice, finding that "[Plaintiff's] allegation of poverty was untrue" and that "[Plaintiff] deliberately concealed his prior settlement income in order to gain access to th[e] Court without prepayment of filings fees."  (ECF No. 29.)  Attached hereto as **Exhibit G** is a true and correct copy of the court's order.

19.    In *Artis-Ray Cash Jr. v. Housing Authority of the City of Los Angeles (HACLA) et al.,* Plaintiff requested and was denied IFP status because the court, *sua sponte*, determined that it lacked subject matter jurisdiction over the action. (ECF Nos. 3, 7.)

20.    In *Artis-Ray Cash Jr v. TransUnion, LLC et al.,* Plaintiff requested and was granted IFP status. (ECF Nos. 2, 8.)

21.    In *Artis-Ray Cash, Jr. v. Radius Global Solutions, LLC*, Plaintiff requested and was granted IFP status. (ECF Nos. 2, 7.)

22.    In *Artis-Ray Cash Jr. v. Penn Credit Corporation*, Plaintiff requested and was granted IFP status. (ECF Nos. 2, 7.)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on May 9, 2025, at New York, New York.

/s/  *Berj K. Parseghian*
Berj K. Parseghian

LIPPES MATHIAS LLP