# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Artis-Ray Cash Jr., | **CASE NUMBER** |
| **PLAINTIFF(S)** | 2:23-cv-10570-JFW-PVC |
| v. | |
| Caesars Entertainment, Inc., | **ORDER ON REQUEST TO PROCEED IN FORMA PAUPERIS (NON-PRISONER CASE)** |
| **DEFENDANT(S)** | |

The Court has reviewed the Request to Proceed *In Forma Pauperis* (the "Request") and the documents submitted with it. On the question of indigency, the Court finds that the party who filed the Request:

☐ is not able to pay the filing fees.  ☐ is able to pay the filing fees.

☒ has not submitted enough information for the Court to tell if the filer is able to pay the filing fees. This is what is missing:

It is unclear from the Request how Plaintiff can afford to live and pay for daily expenses if he is unemployed, has nominal money in his accounts, and has no other source of income. *See, e.g., GMS Liberty LLC v. Hib*, 2018 WL 1150839, at *1 (S.D. Cal. Mar. 2, 2018) (IFP denied because plaintiff failed to explain how he managed to pay for expenses while alleging he had no income of any kind); *Holland v. Lake Cnty. Mun. Gov't*, 2013 WL 2456105, at *2 (N.D. Ind. June 6, 2013).

**IT IS THEREFORE ORDERED** that:

☐ The Request is GRANTED.

☒ Ruling on the Request is POSTPONED for 30 days so that the filer may provide additional information.

☐ The Request is DENIED because the filer has the ability to pay.

☐ As explained in the attached statement, the Request is DENIED because:

  ☐ The District Court lacks ☐ subject matter jurisdiction ☐ removal jurisdiction.
  ☐ The action is frivolous or malicious.
  ☐ The action fails to state a claim upon which relief may be granted.
  ☐ The action seeks monetary relief against defendant(s) immune from such relief.

**IT IS FURTHER ORDERED** that:

☒ Within 30 days of the date of this Order, the filer must do the following:

  (1) Refile a fully completed Request on the Court's CV-60 form, including disclosing all sources of income and assets, and separately addressing the discrepancy above in a statement not to exceed one page; OR

  (2) Pay the full filing fee of $402.

If the filer does not comply with these instructions within 30 days, this case will be DISMISSED without prejudice.

☐ As explained in the attached statement, because it is absolutely clear that the deficiencies in the complaint cannot be cured by amendment, this case is hereby DISMISSED ☐ WITHOUT PREJUDICE ☐ WITH PREJUDICE.

☐ This case is REMANDED to state court as explained in the attached statement.

EXHIBIT C
12

| | |
|---|---|
| February 5, 2024 | /s/ John F. Walter |
| Date | United States District Judge |

CV-73 (07/22)  ORDER ON REQUEST TO PROCEED IN FORMA PAUPERIS (NON-PRISONER CASE)