Artis-Ray: Cash, Jr.
453 South Spring Street
Suite 400 PMB 1211
Los Angeles, CA 90013
(831) 346-2562
artiscashjr@yahoo.com

Plaintiff in Pro Per

FILED
CLERK, U.S. DISTRICT COURT
2/5/2025
CENTRAL DISTRICT OF CALIFORNIA
BY ___RYO___ DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTIS-RAY: CASH JR., <br><br> Plaintiff, <br><br> vs. <br><br> Vervent, INC., <br><br> Defendant. | CASE NO.: 2:24-cv-10359-DMG-BFM <br><br> **JOINT STIPULATION TO DISMISS** |

Plaintiff Artis-Ray: Cash Jr. ("Plaintiff") and Defendant Vervent, INC. ("Defendant"; together with Plaintiff, the "Parties") hereby jointly stipulate and agree as follows:

WHEREAS, the Parties have reached a settlement in principle in the above-entitled matter, subject to executing a final settlement agreement by both Parties;

WHEREAS, pursuant to the settlement in principle, the Parties have agreed to dismiss this matter without prejudice, each party to bear their own costs and attorney's fees;

WHEREAS, pursuant to the settlement in principle, the Parties have agreed that this dismissal shall become final upon execution of all settlement terms;

EXHIBIT F
16

**JOINT STIPULATION TO DISMISS**

NOW, THEREFORE, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties stipulate and move the Court for an order dismissing this matter without prejudice, each to bear their own costs and attorney's fees.

Dated: 02/04/2025

Artis-Ray: Cash Jr.

Plaintiff

/s/ Artis Ray Cash Jr

Dated: 02/04/2025

Michael C. Barnhill

Attorney for Defendant Vervent, INC.

/s/ Michael C Barnhill

*Pursuant to Local Rule 5-4-3.4(a)(2)(i), I attest that the other signatory listed, and on whose behalf this filing is submitted, concurs in the filing content and has authorized this filing.*

EXHIBIT F

17

**JOINT STIPULATION TO DISMISS**