Berj K. Parseghian (Cal. Bar No. 200932)
LIPPES MATHIAS LLP
420 Lexington Avenue, Suite 2005
New York, New York 10170
Telephone: (332) 345-4500 x1695
Email: bparseghian@lippes.com

*Attorneys for Defendant*
*Diverse Funding Associates, LLC*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ARTIS-RAY CASH JR.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DIVERSE FUNDING ASSOCIATES, LLC,<br><br>　　　　Defendant. | Case No. 2:24-cv-10354-WLH-SK<br><br>Hon. Wesley L. Hsu<br><br>**DEFENDANT DIVERSE FUNDING ASSOCIATES, LLC'S NOTICE OF PLAINTIFF'S FAILURE TO OPPOSE MOTION TO DISMISS**<br><br>Hearing Date:　June 20, 2025<br>Time:　　　　1:30 p.m.<br>Courtroom:　　9B |

1  Defendant Diverse Funding Associates, LLC filed its Motion to Dismiss
2  Plaintiff's Complaint on May 9, 2025, which is set for hearing on June 20, 2025.
3  (ECF No. 26.)  Pursuant to Local Rule 7-9 and the Court's Standing Order for
4  Newly Assigned Civil Cases, Plaintiff's opposition was due on or before Friday,
5  May 30, 2025.  *See* L.R. 7-9 (opposition must be filed and served not later than 21
6  days before the date designated for the hearing of the motion); ECF No. 7 at
7  ¶ G(3).  To date, no opposition has been filed or served.
8  Plaintiff's failure to oppose the Motion may be deemed consent to the
9  granting of the motion.  *See* L.R. 7-12; *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir.
10 1995) (upholding dismissal based upon a local rule construing a party's failure to
11 file opposition as consent to grant a motion).  *See also Christian v. Mattel, Inc.*,
12 286 F.3d 1118, 1129 (9th Cir. 2002) ("The district court has considerable latitude
13 in managing the parties' motion practice and enforcing local rules that place
14 parameters on briefing.")
15 Therefore, Defendant respectfully request that the Court grant the Motion
16 and dismiss plaintiff Artis-Ray Cash Jr.'s Complaint with prejudice.
17 DATED:  June 5, 2025

**LIPPES MATHIAS LLP**

*s/ Berj K. Parseghian*
Berj K. Parseghian
*Attorneys for Defendant Diverse Funding Associates, LLC*

**CERTIFICATE OF SERVICE**

I, Berj K. Parseghian, declare as follows:

I am a resident of the State of New York, over the age of eighteen years, and not a party to the within action. My business address is 420 Lexington Avenue, Suite 2005, New York, New York 10170.

On June 5, 2025, I served the within DEFENDANT DIVERSE FUNDING ASSOCIATES, LLC'S NOTICE OF PLAINTIFF'S FAILURE TO OPPOSE MOTION TO DISMISS by enclosing a true copy in a sealed envelope addressed to the following non-CM/ECF participant(s):

> Artis-Ray: Cash, Jr.
> 453 South Spring Street
> Suite 400 PMB 1211
> Los Angeles, CA 90013

and depositing the envelope in the United States mail at New York, New York with postage thereon fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 5, 2025 at New York, New York.

/s/ Berj K. Parseghian
Berj K. Parseghian