Artis-Ray: Cash Jr.
453 South Spring street
Suite 400 PMB 1211
Los Angeles, CA 90013
831-346-2562
artiscashjr@yahoo.com

Artis-Ray: Cash Jr., IN PRO PER

FILED
CLERK, U.S. DISTRICT COURT
06/23/2025
CENTRAL DISTRICT OF CALIFORNIA
BY    GSA    DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Artis-Ray: Cash Jr., | Case No. 2:24-cv-10354-WLH-SK |
| Plaintiff, | |
| vs. | Hon. Wesley L. Hsu |
| Diverse Funding Associates, LLC, | |
| Defendant. | DECLARATION OF ARTIS-RAY: CASH JR. IN SUPPORT OF MOTION FOR RELIEF FROM JUDGMENT |
| | Hearing Date:    July 25, 2025 |
| | Time:    1:30 p.m. |
| | Courtroom:    9B |

    I, Artis-Ray: Cash Jr., declare under penalty of perjury under the laws of the United States as follows:

    1. I am the Plaintiff in this action and submit this declaration in support of my Motion for

1

DECLARATION OF ARTIS-RAY: CASH JR. IN SUPPORT OF MOTION FOR RELIEF FROM JUDGMENT

Relief from Judgment under Federal Rule of Civil Procedure 60(b). I make this declaration based on my own personal knowledge and, if called as a witness, I could and would testify competently thereto.

2. On **June 4, 2025**, I was **struck by a car while riding a Lime electric scooter** in Los Angeles, California. As a result of the accident, I sustained **a fractured right hand**, **head trauma requiring stitches**, and **trauma to both knees**, among other injuries.

3. I was **transported for emergency medical care** and was physically and cognitively incapacitated in the days following the collision. Due to my medical condition and treatment, I was **unable to draft, file, or submit an opposition** to Defendant's Motion to Dismiss, which was pending at the time.

4. A **true and correct copy of the police report** documenting the incident is attached to my motion as **Exhibit A**.

5. My failure to respond to the Motion to Dismiss was not willful or in bad faith. I was under genuine medical distress and unable to communicate with the Court or Defendant during that period.

6. Additionally, the allegations in Defendant's motion concerning my **in forma pauperis (IFP)** application are based on a misunderstanding of my financial situation and not on any intentional misrepresentation.

7. At the time I submitted the IFP application, I relied on my **2023 tax return**, which reflected my most recent filing, and my **bank statements**, which showed limited available

funds.

8. Any settlements I received prior to filing were either:

- Paid to my **business LLC**, not to me personally; or

- Finalized **after** the date I filed my IFP application.

9. As a **pro se litigant** and someone without legal training, I did not understand that private, non-wage LLC payments or confidential settlements should be listed on the IFP form as "income." I now understand the Court's concerns, but I assure the Court that **there was no attempt to conceal or deceive**.

10. I respectfully request that the Court grant relief from judgment and allow this case to be heard on the merits.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: June 23, 2025

At: Los Angeles, CA

/s/ Artis Ray Cash Jr

**Artis-Ray: Cash Jr.**

3

DECLARATION OF ARTIS-RAY: CASH JR. IN SUPPORT OF MOTION FOR RELIEF FROM JUDGMENT