Artis-Ray: Cash Jr.
453 South Spring street
Suite 400 PMB 1211
Los Angeles, CA 90013
831-346-2562
artiscashjr@yahoo.com

Artis-Ray: Cash Jr., IN PRO PER

```
FILED
CLERK, U.S. DISTRICT COURT
7/7/2025
CENTRAL DISTRICT OF CALIFORNIA
BY    RYO    DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Artis-Ray: Cash Jr.,<br>　　　　Plaintiff,<br><br>　vs.<br><br>Diverse Funding Associates, LLC,<br>　　　　Defendant. | Case No. 2:24-cv-10354-WLH-SK<br><br>**Hon. Wesley L. Hsu**<br><br>**PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR RELIEF FROM JUDGMENT**<br><br>Hearing Date:　　July 25, 2025<br>Time:　　　　　　1:30 p.m.<br>Courtroom:　　　 9B |

**TO THE HONORABLE COURT:**

Plaintiff Artis-Ray: Cash Jr., respectfully submits this Reply to Defendant's misleading Opposition. Defendant's response ignores: (1) Plaintiff's **good-faith confusion** about reporting

1

**PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR RELIEF FROM JUDGMENT**

Case 2:24-cv-10354-WLH-SK   Document 44   Filed 07/07/25   Page 2 of 6   Page ID #:190

confidential LLC settlements; (2) the **extraordinary circumstances** of Plaintiff's medical emergency; and (3) binding precedent protecting **pro se litigants** from technical traps.

## I. PLAINTIFF'S GOOD FAITH IS UNDISPUTED

### A. Confidential Settlements Created Reasonable Confusion

**1.** Defendant alleges "bad faith" but provides **zero evidence** of intent to deceive. The truth:

- Settlement payments to Plaintiff's LLC were **subject to strict confidentiality**
- The IFP form never clarifies whether **private, LLC-directed payments** must be disclosed as "personal income"
- Plaintiff relied on his **2023 tax return** (showing no personal receipt of funds) in good faith

**2.** Defendant's hypocrisy:

- It **demanded confidentiality** during negotiations
- Now attacks Plaintiff for **respecting those same terms**

See Castro v. U.S., 540 U.S. 375 (2003) (ambiguities in forms construed favorably to pro se litigants).

### B. No Court Has Found Fraud - Only Correctable Mistakes

Plaintiff has:

✓ Filed corrective motions in all relevant cases

✓ Never been found to commit fraud, only "incomplete disclosures"

✓ Demonstrated pattern of **good-faith compliance**

2

**PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR RELIEF FROM JUDGMENT**

## II. DEFENDANT'S OPPOSITION MISREPRESENTS THE LAW

### A. Their Cited Cases Are Inapposite

Defendant relies on cases where plaintiffs:

✗ Admitted under oath to intentional deception

✗ Had clear evidence of fraud

Here, there is only:

✓ Ambiguity about LLC payments

✓ Plaintiff's prompt corrective action

### B. The Proper Remedy Is Amendment - Not Dismissal

Even if the Court finds deficiencies:

1. Plaintiff should be allowed to **amend his IFP application**
2. Dismissal violates Ninth Circuit policy favoring **resolution on merits**

## III. PLAINTIFF'S MEDICAL EMERGENCY WARRANTS RELIEF

The June 4, 2025 accident:

☑ Caused documented head trauma

☑ Required stent cast immobilization

☑ Prevented timely action for **weeks** during critical period

See Latsis v. Chandris, 20 F.3d 45 (2d Cir. 1994) (lesser medical issues justify relief).

## IV. PRO SE PROTECTIONS REQUIRE LENIENCY

### A. Least Sophisticated Consumer Standard Applies

1. Plaintiff is:

- Not an accountant
- Not an attorney
  - A **self-represented consumer** entitled to liberal construction

2. The IFP form is **not designed** to catch:

- Confidential settlements
- LLC payment structures
- Tax law nuances

### B. Defendant Seeks to Exploit Technicalities

While represented by corporate counsel, Defendant:

➔ Attacks minor omissions

➔ Ignores Plaintiff's corrective actions

➔ Violates the spirit of Erickson v. Pardus, 551 U.S. 89 (2007)

## CONCLUSION

For these reasons, the Court should:

1. **GRANT** Plaintiff's Motion
2. **Reinstate IFP status** or permit amended application
3. **Reject** Defendant's meritless accusations

4

**PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR RELIEF FROM JUDGMENT**

**DATED:** July 5, 2025

Respectfully submitted,

<u>/s/ Artis Ray Cash Jr</u>

**Artis-Ray: Cash Jr.**

5

**PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR RELIEF FROM JUDGMENT**

**PROOF OF SERVICE**

I, Artis-Ray Cash, Jr., am a party in this action, appearing pro se. On the date set forth below, I served the following document(s):

- **PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR RELIEF FROM JUDGMENT**

on the following counsel of record by email, pursuant to agreement and standard service practices under Fed. R. Civ. P. 5(b)(2)(E):

Berj Paresghian

LippesMathias

**bparseghian@lippes.com**

Attorney for Defendant Diverse Funding Associates, LLC

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on: July 7, 2025

At: Los Angeles, CA

/s/ Artis Ray Cash Jr

**Artis-Ray: Cash Jr.**

**PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR RELIEF FROM JUDGMENT**