Berj K. Parseghian (Cal. Bar No. 200932)
LIPPES MATHIAS LLP
420 Lexington Avenue, Suite 2005
New York, New York 10170
Telephone: (332) 345-4500 x1695
Email: bparseghian@lippes.com

*Attorneys for Defendant*
*Diverse Funding Associates, LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ARTIS-RAY CASH JR., <br><br> Plaintiff, <br><br> vs. <br><br> DIVERSE FUNDING ASSOCIATES, LLC <br><br> Defendant. | Case No. 2:24-cv-10354-WLH-SK <br><br> Hon. Wesley L. Hsu <br><br> **NOTICE OF SUPPLEMENTAL AUTHORITY** <br><br> Hearing Date: July 25, 2025 <br> Time: 1:30 p.m. <br> Courtroom: 9B |

|    |    |
|----|----|
| 1  | Pursuant to paragraph G(5)(a) of the Court's Standing Order, Defendant |
| 2  | Diverse Funding Associates, LLC respectfully submits this notice of supplemental |
| 3  | authority pertaining to issues raised in Plaintiff's Motion for Relief from Judgment |
| 4  | (ECF No. 40). |
| 5  | The supplemental authority is the Order Denying Plaintiff's Motion for Relief |
| 6  | from Judgment in *Cash v. Experian Information Solutions, Inc. et al.,* Case No. 8:25- |
| 7  | cv-00165-JWH (ADSx) (C.D. Cal. Jul. 7, 2025). A copy of the Order is attached to |
| 8  | this notice as Exhibit A. |

DATED: July 10, 2025          Respectfully submitted,

**LIPPES MATHIAS LLP**

*s/ Berj K. Parseghian*
Berj K. Parseghian
*Attorneys for Defendant Diverse Funding Associates, LLC*

# CERTIFICATE OF SERVICE

I, Berj K. Parseghian, declare as follows:

I am a resident of the State of New York, over the age of eighteen years, and not a party to the within action. My business address is 420 Lexington Avenue, Suite 2005, New York, New York 10170.

On July 10, 2025, I served the within NOTICE OF SUPPLEMENTAL AUTHORITY by enclosing a true copy in a sealed envelope addressed to the following non-CM/ECF participant(s):

> Artis-Ray: Cash, Jr.
> 453 South Spring Street
> Suite 400 PMB 1211
> Los Angeles, CA 90013

and depositing the envelope in the United States mail at New York, New York with postage thereon fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 10, 2025 at New York, New York.

*s/ Berj K. Parseghian*
Berj K. Parseghian